1
2
3
4
5
6

UNITED STATES DISTRICT COURT)
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCOTT WESLEY HUMPHREYS,<br><br>             Plaintiff,<br><br>    v.<br><br>LUKE BURGHER, et al.,<br><br>             Defendants. | CASE NO. 3:18-cv-05736-RJB-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation (Dkt. 19).

(2)     Plaintiff's motion for default judgment (Dkt. 14) is denied without prejudice.

**DATED** this 1st day of April, 2019.

*Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge