UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCOTT W. HUMPHREYS,<br><br>                    Plaintiff,<br>        v.<br><br>LUKE BURGHER,<br><br>                    Defendant. | CASE NO. 3:18-cv-05736-RJB-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

THIS MATTER comes before the Court on the Report and Recommendation ("R&R") of Magistrate Judge J. Richard Creatura. After review of the R&R, to which there are no objections, and the remaining file, the Court does hereby find and **ORDER**:

(1) The Court **ADOPTS** the R&R. Plaintiff's motion for summary judgment (Dkt. 93) is **DENIED**, and defendant's motion for summary judgment (Dkt. 94) is **GRANTED**. This matter is dismissed with prejudice, and the case is closed. Plaintiff's *in forma pauperis* status is revoked for any appeal.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(2) The Clerk shall send copies of this Order to Plaintiff and Judge Creatura.

Dated this 30th day of December, 2020.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2